UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Teamsters Local 456 Pension Funds, et al.,

                        Plaintiffs,                  **RESCHEDULING ORDER**

        -against-                             20 Civ. 4702 (PMH)(AEK)

LMD Hauling LLC, et al.,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The telephonic settlement conference in this matter is hereby rescheduled from Wednesday, March 17, 2021, at 2:30 p.m. to **Monday, April 12, 2021 at 2:30 p.m.**

       No later than two (2) business days prior to the conference (*i.e.*, Thursday, April 8, 2021), the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

       Parties – not just the attorneys – must attend the settlement conference. Corporate parties must send a representative with decision-making authority to settle the matter. Where liability insurance is involved, a decision-making representative of the carrier must attend unless specifically excused by the Court.

       To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the

teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: March 11, 2021
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge